IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

ERIC MATTHEW NEGRIN,                          *

                    Plaintiff,               *

v.                                            *          Case No.1:23-CV-134-WLS-AGH

                                              *

MEDICAL DIRECTOR AL JONES, *et al.,*          *

                    Defendants.               *

_____              *

# **J U D G M E N T**

Pursuant to this Court's Order dated July 3, 2025, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants, Al Jones and Dr. Raymond Moody. Plaintiff shall recover nothing of Defendants.  Defendants shall also recover costs of this action.

This 3rd day of July, 2025.

David W. Bunt, Clerk


s/ Elizabeth S. Long, Deputy Clerk